(121 So. 925)

Andrew PORTER v. STATE. (5 Div. 740.)

Court of Appeals of Alabama. April 16, 1929.

SAMFORD, J. Affirmed.

(119 So. 924)

Warren PORTER and Eula Porter v. STATE. (7 Div. 485.)

Court of Appeals of Alabama. Jan. 22, 1929.

RICE, J. Affirmed.

(125 So. 925)

Dan POSTEN v. STATE. (8 Div. 987.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Affirmed.

(120 So. 926)

Missouri POSTEN v. STATE. (8 Div. 785.)

Court of Appeals of Alabama. Feb. 12, 1929.

SAMFORD, J. Affirmed.

(127 So. 925)

John Oscar POWELL, alias, etc., v. STATE. 4 Div. 684.

Court of Appeals of Alabama, April 15, 1930.

RICE, J.
Appeal dismissed.

(122 So. 925)

J. W. POWELL v. STATE. (1 Div. 848.)

Court of Appeals of Alabama. April 30, 1929.

BRICKEN, P. J. Appeal dismissed, on motion of appellant.

(128 So. 923)

Wesley POWELL v. STATE. 6 Div. 791.

Court of Appeals of Alabama. May 13, 1930.

BRICKEN, P. J.
Appeal dismissed.

(128 So. 923)

Dan PRESLEY v. STATE. 3 Div. 660.

Court of Appeals of Alabama. May 20, 1930.

RICE, J.
Affirmed.

(121 So. 925)

J. C. PRICE v. STATE. (5 Div. 757.)

Court of Appeals of Alabama. April 16, 1929.

SAMFORD, J. Affirmed.

(123 So. 926)

Finley PRUITT v. STATE. (8 Div. 818.)

Court of Appeals of Alabama. June 29, 1929.

BRICKEN, P. J. Affirmed.